**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Leslie A. Bowman | **Date:** August 18, 2022 |
| **USA v. Perla Ivon Beltran (NOT PRESENT)** | **Case Number: 22-03394MJ-001-TUC-DTF** |

**U.S. Attorney:**  Mary Sue Feldmeier (duty)
**Interpreter:** Sandra Bravo                                       **Language:** Spanish
**Material Witness(es)**
1 - Jazmin Gonzalez-Diaz;  2 - German Alexis Alvarado-Santacruz
**Material Witness(es) state true name(s) to be**
1 - SAME;  2 - SAME
**Material Witness(es):**   ☒ Present           ☒ Custody

### INITIAL APPEARANCE – MATERIAL WITNESS(ES)

☒ Complaint Filed                     **Date of Arrest:  August 16, 2022**

☒ Isabel Amsel (CJA) is appointed to represent the material witness(es).

☒ Upon questioning of the alleged material witness(es), the Court finds that they are not citizens of the United States.

☒ Material Witness(es) shall be temporarily detained in the custody of the United States Marshal pursuant to 18§ 3144

    IT IS ORDERED: **within 48 hours of this Order\***, that the United States Attorney shall schedule a date and time **within 30 days of this Order** for videotaping of the material witnesses and shall file **within 48 hours of this Order\*** notice of the date and time of said taping and the name of each material witness to be videotaped. *IN THE CASE OF A JUVENILE MATERIAL WITNESS, **WITHIN 24 HOURS OF THIS ORDER**.

    IT IS ORDERED that counsel raising **objections** during the video depositions must (1) note the time and place on the videotape wherein the objection arose, (2) raise the objection before the district court in a short pleading filed no later than the deadline for the filing of Motions in the matter, (3) be prepared to roll the videotape at the exact point of any/all objections at the Motions hearing.

As required by Rule 5(f), the United States is ordered to produce all information required by Brady v. Maryland and its progeny.  Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

OTHER:  Notice of hearing filed in Court.

**Recorded By** Courtsmart                                                                                     **IA/MW        0 min**
**Deputy Clerk** Cindy Stewart

                                                                                                                              **Start:  1:27 pm**
                                                                                                                              **Stop:   1:41 pm**