GARY M. RESTAINO
United States Attorney
District of Arizona
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Attorneys for Plaintiff

☒ FILED  ☐ LODGED
Aug 18 2022
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 22-mj-03394-N/A |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF VIDEO DEPOSITION HEARING AS TO DATE, TIME AND LOCATION |
| Perla Ivon Beltran, | |
| Defendant. | |

PLEASE TAKE NOTICE that the video depositions of Jazmin Gonzalez-Diaz and German Alexis Alvarado-Santa Cruz, are currently scheduled for Tuesday, September 13, 2022, starting at 1:00 p.m., in Suite 4700, Grand Jury Room, 4th floor of the United States District Courthouse, 405 West Congress Street, Tucson, Arizona 85701.

DATED August 18, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*[signature]*

Assistant U.S. Attorney

Copy of the foregoing served electronically or
by other means dated August 18, 2022, to:

BP Prosecutions – Adrian Gomez
U.S. Marshal's Service